AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
|  | ) Case No. |
| LATAVIS MACKROY | ) 6:22-mj- 1422 |
|  | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  04/16/2022, 04/22/2022, and 04/23/2022  in the county of  Orange  in the
Middle  District of  Florida , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | Committed and attempted to commit bank robberies |

This criminal complaint is based on these facts:
See the attached affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

Jonathan B. Hannigan, Special Agent - FBI
*Printed name and title*

Sworn to before me over the telephone and signed by me
pursuant to Fed.R.Crim. P. 4.1 and 4(d).

Date: 5-4-2022

*Judge's signature*

City and state:   Orlando, Florida

DAVID A. BAKER, U.S. MAGISTRATE JUDGE
*Printed name and title*

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LATAVIS MACKROY | Case No. 6:22-mj- 1422 |

## AFFIDAVIT IN SUPPORT OF COMPLAINT

I, Jonathan B. Hannigan, being duly sworn, hereby depose and state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. Based on the facts set forth in this affidavit, there is probable cause to believe that LATAVIS MACKROY committed and attempted to commit bank robberies in violation of 18 U.S.C. § 2113 in the Middle District of Florida on or about April 16, 2022, April 22, 2022, and April 23, 2022 and I make this affidavit in support of an application under Rule 4 for an arrest of MACKROY for those violations.

2. I am a Special Agent with the Federal Bureau of Investigation (FBI) and have been since 2019. I currently serve as an investigator for the FBI Violent Crimes Safe Streets Task force in Orlando, Florida. As an investigator for the violent Crimes Safe Streets Task force, my responsibilities include investigating possible criminal violations of Titles 18 and 21 of the United States Code. Prior to becoming

a Special Agent, I worked as an FBI analyst for four years, focusing on international biometrics sharing and counter-terror records management.

3. Because this affidavit is being submitted for the limited purpose of establishing probable cause for the issuance of an arrest warrant, I have not set forth each and every fact that I learned as a result of this investigation. Rather, I have set forth only those facts that I believe are necessary to establish probable cause that a violation of federal law has been committed. Unless otherwise noted, all statements of other persons described in this affidavit are set forth in substance and in part, rather than verbatim.

## PROBABLE CAUSE

### April 16, 2022 Robbery of Fairwinds Credit Union

4. On Saturday, April 16, 2022, at approximately 12:10 p.m., the Winter Park Police Department (WPPD) responded to a reported robbery at Fairwinds Credit Union located on N Orange Avenue, Winter Park, Florida. Officers arrived on scene and met with bank teller, M.G. M.G. was working at a teller station when a black male who appeared to have long dreadlocks, later identified as MACKROY, entered the bank wearing a dark blue/black sweatshirt, dark jeans, a black surgical mask, black sunglasses, a black hair cover, and white shoes. Additionally, M.G. stated he/she observed a variety of neck tattoos on the subject. MACKROY approached the counter and said, "this is a robbery." MACKROY then passed a note demanding money and advising the teller to not raise any alarms, trackers, or dye packs. Teller M.G. complied with the demand and gave MACKROY

approximately $3,231 in U.S. currency.  MACKROY retrieved the note and then fled the Fairwinds Credit Union on foot.  A bank manager then locked the doors, closed the bank, and called 911.

5.     Law enforcement was able to retrieve bank security camera footage from the Fairwinds Credit Union of MACKROY before and during the robbery. Among other things, this security footage shows MACKROY using a cellular phone before entering the bank.

### April 22, 2022 Robbery of Chase Bank

6.     On Friday, April 22, 2022, the Osceola County Sheriff's Office (OCSO) responded to the Chase Bank located on Buenaventura Blvd, Kissimmee, FL in reference to a bank robbery.  Upon arrival, deputies spoke with teller G.N. who indicated that at approximately 11:10 a.m., a black male with dreadlocks, later identified as MACKROY, entered the bank wearing a face mask, black pants, and a green sweatshirt. MACKROY approached G.N.'s teller station and, without saying anything, MACKROY passed G.N. a note demanding G.N. give him all of the money in the drawer, and to not raise any alarms.  G.N. proceeded to give MACKROY $4,000 in U.S. currency.  G.N. stated he/she did not see a weapon. G.N., however, could see MACKROY holding something in his right hand within his pocket that G.N. believed to be a weapon.  MACKROY retrieved the demand note and exited the bank.  G.N. notified the manager who locked the bank doors and called 911.

### April 23, 2022 Robbery of TD Bank

7.     On Saturday, April 23, 2022 at approximately 9:52 a.m., the WPPD responded to a reported robbery at a TD bank located on N Orange Ave, Winter Park, FL.  The TD Bank is directly across an intersection from the Fairwinds Credit Union that was robbed on April 16.  WPPD officers arrived on scene and met with TD Bank teller G.G., who was at teller station one when a black male with long dreadlocks, a green bandana on his head, a black surgical mask, black sunglasses, a multicolored red/black/white hoodie, dark jeans, and black shoes entered the bank. The subject, later identified as MACKROY, approached the counter and passed a note to G.G. that read "Give me all the money, I want the back up money and the top drawer money.  Don't make no false moves and don't draw no attention.  No tracker or die packs in the money.  Empty the drawers now!!  Don't save something that's not yours!  Pass this back." G.G. gave MACKROY approximately $2,820 in U.S. currency. MACKROY then fled the bank on foot. MACKROY did not retrieve the note, and it was left on G.G.'s counter. G.G. activated the TD Bank silent alarm.

### April 23, 2022 Attempted Robbery of Regions Bank

8.     On Saturday, April 23, 2022, Orange City Police (OCPD) officers in Volusia County, Florida responded to a Regions Bank located on Enterprise Road, Orange City, FL, regarding an attempted robbery.  Upon arrival, OCPD officers made contact with teller I.B.  Surveillance photos confirm that at approximately 11:59 a.m., a black male with dreadlocks, later identified as MACKROY, wearing a green bandana on his head, black sunglasses, a black surgical mask, black Nike

4

sweatshirt, dark jeans, and black shoes approached I.B. at the teller counter. MACKROY gave I.B. a note stating this was a robbery and to give him all of the money in I.B.'s drawer.  I.B. gave MACKROY the note back and activated the panic alarm before notifying the manager of the robbery. MACKROY then exited the bank on foot without receiving any money.

### Identification of MACKROY

9. After MACKROY left the note at TD bank robbery on April 23, 2022, the WPPD processed the note for DNA and latent fingerprints.  A latent fingerprint was lifted from the note and entered into an Automated Fingerprint Identification System (AFIS) in an effort to determine an identity of the robber. The AFIS system returned a positive result matching the fingerprint to MACKROY.

10. On April 16, 2014, a jury convicted MACKROY of one count of interference with commerce by robbery, in violation of 18 U.S.C. § 1951 and one count of using a firearm in connection with this crime, in violation of 18 U.S.C. § 924(c).  *See United States v. Mackroy*, 6:13-cr-306-Orl-31DAB.  On June 28, 2014, the Court sentenced MACKROY to 184 months incarceration in the Bureau of Prisons. A search of the Bureau of Prisons website indicates that MACKROY was serving his sentence as an active federal inmate at Dismas Charities, a Residential Reentry Center located on Edgewater Commerce Pkwy, Orlando, FL at the time of above outlined robberies.  While at Dismas Charities, MACKROY remained in the custody of the Bureau of Prisons.  Part of MACKROY's conditions at this facility include an up to 48-hour weekend pass during which MACKROY may leave the

facility unmonitored. In addition, MACKROY's placement at a Residential Reentry Center requires that he not commit any new crimes while at the RRC. MACKROY was placed at Dismass Charties on approximately February 24, 2022.

11. A review of Dismas security cameras indicated that MACKROY left the facility on Friday, April 15, 2022 at approximately 8:05 p.m. wearing a black hoodie with a white Nike logo and white sneakers. These two items are similar to the clothing worn by the robber at the Fairwinds Credit Union robbery on Saturday, April 16, 2022



12. In addition, the sweatshirt MACKROY wore as he departed the Dismas facility on April 15, 2022 matched the sweatshirt worn during the attempted Regions Bank Robbery on Saturday, April 23:

6



| April 23, 2022, Regions Bank Robbery Security Footage | April 15, 2022 Dismas Security Footage |

13.   Law enforcement also retrieved footage from Dismas security cameras from Friday, April 22, 2022 at approximately 8:03 a.m.  This footage showed MACROY leaving the facility wearing black pants with a white Nike logo high on the pant leg and black sneakers.  These pants are visually in appearance to the pants worn in the April 22, 2022 robbery of the Chase Bank approximately three hours later. The shoes MACKROY was wearing as he left the facility are also consistent with those worn by MACKROY during the robbery:



| April 22, 2022, Chase Bank Robbery Security Footage | April 22, 2022 Dismas Security Footage |
|---|---|

14. On April 25, 2022, WPPD contacted the Dismas Charity facility to advise them that MACKROY was a suspect in the April 23, 2022 TD Bank robbery. Based upon this information, the Bureau of Prisons deemed that MACKROY was in violation of the terms of his placement at Dismas Charity and issued a "pick up" order to the United States Marshal Service (USMS) to return MACKROY to confinement on his current sentence. On April 26, 2022, the USMS made contact with MACKROY and took him into custody.

15. Based on the information set forth in this affidavit, I believe that MACKROY is responsible for the three bank robberies and one attempted robbery occurring on April 16, 2022, April 22, 2022 and April 23, 2022 in central Florida. As set forth above, these robberies appear to have been committed by the same

8

individual based on physical appearance, clothing items and modus operandi. The fingerprint identification of MACKROY from the latent print lifted from the demand note recovered from the TD Bank robbery on April 23, 2022 also indicates MACKROY's involvement. In addition, the documentation that MACKROY, a Bureau of Prisons inmate granted leave at the time of the robberies, along with video surveillance showing MACKROY leaving the facility wearing items of clothing similar to items worn during the course of those robberies also indicates that MACKROY is responsible for all four incidents.

## CONCLUSION

16. I submit that this affidavit supports probable cause for an arrest warrant for LATAVIS MACKROY

_____
Jonathan Hannigan
Special Agent
Federal Bureau of Investigation

Affidavit submitted by email and attested
to me as true and accurate by Zoom/video
conference consistent with Fed. R. Crim.
P. 4.1 and 4(d) before me
this 4th day of May 2022.

_____
DAVID A. BAKER
UNITED STATES MAGISTRATE JUDGE